070448/4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 07-23398-CIV-JORDAN/MCALILEY

CARUSO INTERNATIONAL N.V.
INCORPORATED,

    Plaintiff,

v.

SCOTTSDALE INSURANCE COMPANY,

    Defendant.
_____/

## ORDER FOR DISMISSAL WITH PREJUDICE

IN CONSIDERATION OF THE FOREGOING STIPULATION, it is:

ORDERED and ADJUDGED that the above captioned matter be and the same is hereby dismissed, with prejudice, with all parties to bear their own respective costs and attorney's fees. This case is closed. *[signed]*

DONE and ORDERED in Chambers, in Miami, Dade County, Florida, this 29 day of July, 2008.

*[signature]*
The Honorable Adalberto Jordan
Judge - United States District Court

Copies furnished to:
Marc J. Gutterman, Esquire
Scott A. Mager, Esquire